PETER AHBOL, Appellant, *v.* HARDEN CONTRACTING CO., INC., Defendant, and LEHIGH CONSTRUCTION CO., INC., Respondent.

(Submitted October 5, 1934; decided October 23, 1934.)

*Milton Paulson* and *Emanuel Siegfried* for appellant.

*John P. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.